UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDINI REAL ESTATE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FLORO LORENZO CRUZ, et al., <br><br> Defendants. | Case No. 15-cv-04231-JCS <br><br> **ORDER REGARDING LETTER RECEIVED FROM COUNSEL** |

The Court received the attached letter (dkt. 6-1) from Plaintiff's counsel on September 29, 2015, requesting that Chief Judge Phyllis Hamilton set a hearing date for an "Ex Parte Application Declaring Defendant A Vexatious Litigant" seeking to prohibit further removals of this action from state court.

Before a court may impose sanctions limiting a litigant's ability to file cases, "the district court must afford the [litigant] notice and an opportunity to be heard." *See Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047, 1063 (9th Cir. 2007). Accordingly, the Court will not entertain an ex parte application for vexatious litigant sanctions. Plaintiff may file and serve a noticed motion seeking to declare Defendant a vexatious litigant on the following schedule:

1. Plaintiff may file and serve its motion no later than Monday, October 5, 2015.

2. Defendant may file his opposition no later than Thursday, October 15, 2015.

3. If Plaintiff files a motion in accordance with this Order, a hearing will occur on Friday, October 16, 2015 at 9:30 AM in Courtroom G, located on the 15th floor of the federal courthouse at 450 Golden Gate Avenue, San Francisco, California.

Nothing in this Order in any way alters the Order to Show Cause (dkt. 5) issued on September 25, 2015.

Defendant, who is not represented by counsel, is encouraged to consult with the Federal Pro Bono Project's Legal Help Center in either of the Oakland or San Francisco federal courthouses for assistance.  The San Francisco Legal Help Center office is located in Room 2796 on the 15th floor at 450 Golden Gate Avenue, San Francisco, CA 94102.  The Oakland office is located in Room 470-S on the 4th floor at 1301 Clay Street, Oakland, CA 94612.  Appointments can be made by calling (415) 782-8982 or signing up in the appointment book located outside either office, and telephone appointments are available.  Lawyers at the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation.

**IT IS SO ORDERED.**

Dated: September 30, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge