UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BALDINI REAL ESTATE, INC.,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**FLORO LORENZO CRUZ, ET AL.,**<br><br>    Defendant. | Case No.: 15-cv-4231 YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 15 |

The Court has reviewed Magistrate Judge Spero's Amended Report and Recommendations recommending remand of this action to the County of San Mateo Superior Court for lack of subject matter jurisdiction, pre-filing review of any further notices of removal, and an award of $3,040 in attorney fees to plaintiff. Dkt. No. 15. No party has filed an objection to the Report. The Court finds the Report correct, well-reasoned and thorough, and adopts it, except with respect to the attorney fee award, for the reason specified below.

Accordingly, and for the reasons set forth in the Report, the above-captioned action is **REMANDED** to the San Mateo County Superior Court.

It is further **ORDERED** that before filing any further notices of removal of San Mateo County Superior Court case number CLJ211119, defendant Floro Lorenzo Cruz must first file a motion with the Court seeking leave to file a notice of removal. Any such motion must include: (1) a copy of Judge Spero's Report and Recommendation issued in this case, (2) a copy of this Order, and (3) a copy of the proposed notice of removal. The Clerk of the Court shall not accept for filing any further notices of

removal of San Mateo County Superior Court case number CLJ211119 filed by Floro Lorenzo Cruz unless accompanied by an order from a judge of this District granting leave to file the removal papers.

To bring closure to this issue, the request for an appealable award of attorney fees is **DENIED**.

This Order terminates Case Number 15-cv-4231.

**IT IS SO ORDERED.**

Date: November 3, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**